*Robert L. Caulfield,* pro se, in support of the motion.

Submitted September 1—decided October 4, 1978

CITY OF HARTFORD *v.* STANLEY V. TUCKER

The defendant's "Application for Stay," dated August 4, 1978, is denied by the court.

The defendant's "Motion for Review," dated August 4, 1978, is denied by the court.

*Stanley V. Tucker,* pro se, in support of the motions.

*Michael Belzer,* in opposition.

Submitted September 1—decided October 4, 1978

